(April 28, 1986)

■ In the Matter of WILLIAM RONSON, Petitioner, v COMMISSIONER OF CORRECTION et al., Respondents.—Motion for permission to proceed as a poor person upon appeal treated as an application, pursuant to CPLR 5704 (a), to review an order of Supreme Court at Special Term, which denied petitioner's application for an order to show cause to commence a proceeding against respondents pursuant to CPLR article 78. Application denied (see, Matter of King v Gregorie, 90 AD2d 922, lv dismissed 58 NY2d 822). Mahoney, P. J., Kane, Yesawich, Jr., Levine and Harvey, JJ., concur.

■ In the Matter of the Claim of BARRY LANGERLAN, Appellant, v CITY OF ITHACA POLICE DEPARTMENT et al., Respondents. WORKERS' COMPENSATION BOARD, Respondent.—Motion to dismiss appeal granted, without costs. Since the decision of the Board was interlocutory and decided neither all of the substantive issues nor any threshold legal issues, it is not appealable at this stage of the proceeding (see, Matter of Taylor v Gold & Son, 105 AD2d 494). Mahoney, P. J., Kane, Main, Casey and Weiss, JJ., concur.